C. YONG JEONG, ESQ. (SBN: 255244)
      jeong@jeonglikens.com
AMY CHOE, ESQ. (SBN 299870)
      amy.choe@jeonglikens.com
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

ATTORNEYS FOR UNICOLORS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>       Plaintiff,<br><br>       vs.<br><br>MISS LOVE, INC., a California Corporation; ELIZABETH KANG, and Individual; ZULILY, LLC, a Washington Limited Liability Company; and DOES 1-10, inclusive;<br><br>       Defendants. | Case No.: 2:17−cv−01831 CAS (JPRx)<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>Assigned to Hon. Christina A. Snyder |

On April 6, 2017, Defendants, Miss Love, Inc., Elizabeth Kang, and Zulily, LLC, served an offer of judgment to Plaintiff Unicolors, Inc., in the total amount of $3,000.01, to resolve all claims alleged in Plaintiff's complaint, including all claims for recoverable costs of suit and attorney's fees. Plaintiff accepted the offer of judgment on April 19, 2017.

On April 19, 2017, Plaintiff filed their Notice of Offer of Judgment and Acceptance (FRCP 68).

Accordingly, IT IS HEREBY ADJUDGED that Plaintiff Unicolors, Inc. shall recover from Defendants, Miss Love, Inc., Elizabeth Kang, and Zulily, LLC, jointly and severally, in the amount of $3,000.01 (US Three Thousand Dollars and One Cent Only), with the result that the total judgment amount, including recoverable attorneys' fees and costs accrued, which Defendants shall be obligated to pay shall be $3,000.01.

This shall be the total amount to be paid by the Defendants on account of any and all liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by the Plaintiff. In addition, a judgment for the Plaintiff against the Defendants that the Defendants are permanently enjoined from selling, offering, manufacturing, or distributing the Plaintiff's artwork NR 764.

DATED: April 24, 2017

_____
Honorable Christina A. Snyder
United States District Court Judge

[PROPOSED] JUDGMENT